UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

RUDOLF A. OETKER KG                          :

                              :
          Plaintiff,          :

                              :      08 CV 5211 (SHS)
     - against -              :      ECF CASE

                              :

STX PANOCEAN CO. LTD.         :

                              :
          Defendant.          :
-----------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

## ORDER OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from any Defendants that the above-

captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to

any party pursuant to Federal Rule of Civil Procedure 41(a). The attachment is hereby vacated

and the garnishees are directed to release any funds that they may have secured.

Dated: New York, NY
       June 26, 2008

By:  _____
     Claurisse Campanale-Orozco (CC3581)
     TISDALE LAW OFFICES, LLC
     11 West 42nd Street, Suite 900
     New York, NY 10036
     (212) 354-0025
     (212) 869-0067 – fax
     corozco@tisdale-law.com

_____
U.S.D.J.

6/26/08